37625.   SHERMAN *v.* FLOYD *et al.*

DECIDED APRIL 23, 1959.

*Harris, Harris & Glover,* for plaintiff in error.

*James Maddox,* contra.

QUILLIAN, Judge.   The trial judge properly dismissed the motion.   It was tantamount to a motion for new trial, filed too late to comply with Code (Ann.) § 70-301; *Carolina Tree Service, Inc.* v. *Cartledge,* 96 *Ga. App.* 240 (99 S. E. 2d 705) ; *Harper* v. *Mayes,* 208 *Ga.* 766 (69 S. E. 2d 573) ; *James* v. *Douglasville Banking Co.,* 26 *Ga. App.* 509 (106 S. E. 595) ; *Georgia Ry. &c. Co.* v. *Hamer,* 1 *Ga. App.* 673 (58 S. E. 54) ; *Garfield Oil Mills* v. *Stephens,* 16 *Ga. App.* 655, 659 (85 S. E. 983).

*Judgment affirmed.   Felton, C. J., and Nichols, J., concur.*